UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRYWALL TAPERS AND POINTERS OF GREATER )
NEW YORK LOCAL UNION 1974, IUPAT, AFL-CIO, )
) Index No.: 18-CIV-0598 (ER)
Plaintiff, )
) DEFAULT JUDGMENT
-against- )
)
CREATIVE INSTALLATIONS, INC., )
)
Defendant. )

---

This action having been commenced on January 23, 2018 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Creative Installations, Inc. on March 5, 2018 via Secretary of State and said Proof of Service having been filed with the Clerk of the Court on March 14, 2018 and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

**ORDERED, ADJUDGED AND DECREED**: that the Plaintiffs have judgment against Defendant in the liquidated amount of Twenty Eight Thousand Two Hundred Sixty Seven Dollars and Thirty Six Cents ($28,267.36), which includes the following: Decision of the Joint Trade Board amount due and owing in the sum of $21,500.00, interest at the rate of 5.25% per annum owed through to July 31, 2018 in the sum of $1,617.36, liquidated damage through calculated at 10% of the principal amount in the sum of $ 2,150.00, attorney's fees in the sum of $ 2,520.00 and court costs and disbursements in the sum of $480.00.

**ORDERED**, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against the Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: New York, New York
       April 6, 2020

So Ordered:

_____
Honorable Edgardo Ramos, U.S.D.J.